**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIGUEL DOMINGUEZ, JOSE ARCE, NEPHTALI BUSTAMENTE, MIGUEL CONTRERAS, MILTON CONTRERAS, JOHNNY GARCIA, HECTOR GARCIA-CASARRUBIAS, ROBERTO GUERRERO, CARLOS HERNANDEZ, JAVIER LOPEZ, ASCENCION MARTINEZ, ALFONSO MENDOZA, FELIX OCASIO, JEFFREY PEREZ, ANDRES PILLAJO CALLE, MARIO SOTO, <br><br> Plaintiffs, <br><br> v. <br><br> DISPATCH TAXI AFFILIATION, INC., CHI-TOWN TAXI BROKERAGE, LLC, DISPATCH AFFILIATION, LLC, DISPATCH TAXI MANAGEMENT, LLC, EXTREME TAXI AUTO REPAIR SHOP, LLC, LAKE REPAIR AND METER SHOP, LLC, TOTAL TAXI REPAIR AND BODY SHOP, LLC, WINDY CITY METER SHOP, LLC, SAVAS TSITIRIDIS, Individually, and CUBS MANAGEMENT CORP and EVGENY A. FREIDMAN, Individually <br><br> Defendants. | Case No. 16 C 6325 <br><br> Judge William Hart <br> Magistrate Judge Susan Cox |

**NOTICE OF MOTION**

To:     Darren M. Mungerson, Esq.         Thomas Leinenweber, Esq.
           Amanda E. Inskeep, Esq.            120 North LaSalle Street, Suite 2000
           Littler Mendelson, P.C.               Chicago, Illinois 60602
           321 N. Clark Street, Suite 1000      thomas@ilesq.com
           Chicago, Illinois 60654
           dmungerson@littler.com
           ainskeep@littler.com

  PLEASE TAKE NOTICE that, on **Thursday, October 25, 2018 at the hour of 2:00 PM**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Hart in the courtroom usually occupied by him, and then and there present **PLAINTIFFS' MOTION FOR DEFAULT JUDGEMENT AGAINST EVGENY FREIDMAN AND CUBS MANAGEMENT CORP.**, a copy of which is attached and hereby served upon you.

              Respectfully submitted:

              /s/ Patrick Cowlin
              One of Plaintiffs' Attorneys

Robin Potter, Esq.
M. Nieves Bolaños, Esq.
Patrick Cowlin, Esq.
POTTER BOLAÑOS LLC
111 E. Wacker Dr., Suite 2600
Chicago, Illinois 60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org
patrick@potterlaw.org

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of **PLAINTIFFS' NOTICE OF MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANTS EVGENY FREIDMAN AND CUBS MANAGEMENT CORP. PURSUANT TO FED. R. CIV. P. 55** was served via the Court's CM/ECF system and/or by electronic mail on October 11, 2018.

/s/ Patrick Cowlin
Patrick Cowlin