IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIGUEL DOMINGUEZ, JOSE ARCE, NEPHTALI BUSTAMENTE, MIGUEL CONTRERAS, MILTON CONTRERAS, JOHNNY GARCIA, HECTOR GARCIA-CASARRUBIAS, ROBERTO GUERRERO, CARLOS HERNANDEZ, JAVIER LOPEZ, ASCENCION MARTINEZ, ALFONSO MENDOZA, FELIX OCASIO, JEFFREY PEREZ, ANDRES PILLAJO CALLE, MARIO SOTO, <br><br>Plaintiffs, <br><br>v. <br><br>DISPATCH TAXI AFFILIATION, INC., CHI-TOWN TAXI BROKERAGE, LLC, DISPATCH AFFILIATION, LLC, DISPATCH TAXI MANAGEMENT, LLC, EXTREME TAXI AUTO REPAIR SHOP, LLC, LAKE REPAIR AND METER SHOP, LLC, TOTAL TAXI REPAIR AND BODY SHOP, LLC, WINDY CITY METER SHOP, LLC, SAVAS TSITIRIDIS, Individually, and CUBS MANAGEMENT CORP and EVGENY A. FREIDMAN, Individually <br><br>Defendants. | Case No. 16 C 6325 <br><br>Judge William Hart <br>Magistrate Judge Susan Cox |

### DEFAULT JUDGMENT ORDER

This matter having come before the Court on Plaintiffs' Motion for Default Judgment Against Evgeny A. Freidman and Cubs Management Corp. Pursuant to Fed. R. Civ. P. 55 ("the Motion"), after a hearing conducted in this Court on October 25, 2018, and after due notice, deliberation, and consideration of the Motion and the facts and circumstances herein,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Judgment is granted in Plaintiffs' favor against Defendants Evegeny A. Freidman and Cubs Management Corp. in the total amount of $576,419.98, consisting of $424,581.22 in wages, interest, and penalties for all of the Plaintiffs ~~collectively~~ and $151,838.76 in attorneys' fees and costs, plus any additional accrued interest on such amount at the federal judgment rate from the date of judgment until it is paid in full ("Judgment"). *WTH*

2. Defendants Evgeny A. Freidman and Cubs Management Corp. shall be jointly and severally liable for this Judgment.

3. Plaintiffs have execution on this Judgment.

4. Plaintiffs have all the rights and remedies afforded to a judgment creditor by law.

5. That Plaintiffs may enforce the Judgment against Defendants Evgeny A. Freidman and Cubs Management Corp. as allowed by applicable law.

6. That Plaintiffs may do such things and execute such documents as necessary to enforce this Judgment.

ORDERED this 25 day of October, 2018 in Chicago, Illinois.

*William T. Hart*

Judge William Hart
United States District Judge
Northern District of Illinois